# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| BLAKLEY ADAMS and AARON BERKOWITZ, *on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL FINANCIAL GROUP LLC, <br><br> Defendant. | Case No. 3:16-cv-00290 <br><br><br> Judge George C. Hanks, Jr. |

## JOINT NOTICE OF SETTLEMENT OF CLAIMS

Paintiffs Blakley Adams and Aaron Berkowitz and Defendant Federal Financial Group LLC jointly submit this Notice of Settlement and inform the court as follows:

1. Paintiffs Blakley Adams and Aaron Berkowitz have reached an agreement with Defendant Federal Financial Group LLC to resolve the claims against Defendant.

2. The parties are in the process of finalizing a settlement agreement and release and will be filing a Notice of Dismissal with the Court shortly.

Respectfully submitted,

**/s/Jason Augustine**
Jason Augustine, of counsel
**REEVE AUGUSTINE ALARAKHIA, PLLC**
870 S. Denton Tap Rd., Suite 290
Coppell, Texas 75019
P: 972.393.4110
F: 972.346.6898
jason@reeveaugustine.com
**ATTORNEY FOR DEFENDANT**
**FEDERAL FINANCIAL GROUP LLC**

Eric Allen *pro hac vice*
**ALLEN, MITCHELL & ALLEN PLLC**
2091 E. Murray Holladay Road, Suite 21
Salt Lake City, Utah 84117
Telephone: (801) 930-1117
Facsimile: (866) 777-0742
eric@allenlawyer.com
**ATTORNEY-IN-CHARGE FOR DEFENDANT FEDERAL FINANCIAL GROUP LLC**


**/s/Nicholas Conlon**
Jason T. Brown
Nicholas Conlon
**JTB Law Group LLC**
155 2nd St., Suite 4
Jersey City, NJ 07302
P: 877.561.0000
F: 855-582-5297
Nicholasconlon@jtblawgroup.com
**ATTORNEY FOR PLAINTIFFS**

Charles W. Branham, III
**Dean Omar Branham, LLP**
3900 Elm Street
Dallas, TX 75226
P: 214.722.5990
F: 214.722.5991
tbranham@dobllp.com
**ATTORNEY FOR PLAINTIFFS**